# MEMORANDUM

**DATE:** July 27, 2004

**TO:** Deputy Clerk
Miscellaneous Business Docket

**FROM:** Nancy M. Rojas
Financial Litigation Unit
U.S. Attorney's Office

**RE:** <u>U.S. v. SEAN P. CONNOLLY</u>

    Attached is a certified copy of the above Judgment that was entered in the San Francisco County Superior Court of the State of California.

    Please register the Judgment in this district; issue an MBD Number; annotate the MBD number on the bottom of this form; and return this form to my attention. The judgment debtor presently resides at 1 Lennon Court, Apt. #3, South Boston, MA 02127.

    Please note that pursuant to 28 U.S.C. § 1963, the United States no longer has to file a CIV 101 with its request to register a judgment; we just need to file a certified and attested copy of the judgment.

    If you have any questions, please contact me at (617) 748-3288. Thank you for your attention to this matter.

Attachment

MBD No.  04MBD 0219

Dated: 7/27/04



# Superior Court of the State of California
## COUNTY OF SAN FRANCISCO

SALLIE MAE SERVICING, L.P.

Plaintiff,

vs.

SEAN P. CONNOLLY

Defendant.

No. CGC-02-411011

04 MBD 1021

I, **GORDON PARK-LI**, Clerk of the Superior Court of the State of California, County of San Francisco, do hereby certify the foregoing to be ......a...... full, true and correct copy(ies) of the original ..........

JUDGMENT BY DEFAULT BY COURT

on file and of record in my office in the above entitled cause. That the same constitute a full and complete exemplification of the ..above described document.................. in the said cause, and of the whole thereof.

All of which I have caused to be exemplified according to the Act of Congress.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Court, this ......2nd...... day of ......April, 2003......

Clerk of the Superior Court

I, **DONNA J. HITCHENS**......................., Presiding Judge of the Superior Court of the State of California, County of San Francisco, do hereby certify that said Court is a Court of Record having a Clerk and Seal. That **GORDON PARK-LI**, who has signed the annexed attestation, was at the time of signing said attestation, Clerk of said Superior Court. That said signature is his genuine handwriting, and that all his official acts, as such Clerk, are entitled to full faith and credit.

And I further certify that said attestation is in due form of law.

Witness my hand this ......2nd...... day of ......April, 2003......

Presiding Judge of said Superior Court

STATE OF CALIFORNIA }
County of San Francisco } ss.

**ORIGINAL**

02-30095-0-JBD
GEORGE L. COHN
2850 Artesia Boulevard
Suite 201
P.O. Box 5000
Redondo Beach, CA 90278-9200
(310) 370-3730
State Bar No. 92559

Attorney for Plaintiff
SALLIE MAE SERVICING, L.P.

FILED
San Francisco County Superior Court
DEC 19 2002
GORDON PARK-LI, Clerk
BY: [signature]
Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

OF AND FOR THE COUNTY OF SAN FRANCISCO

SALLIE MAE SERVICING, L.P.,
            Plaintiff,
vs.
SEAN P. CONNOLLY
            Defendants.

CASE NO: CGC-02-411011

JUDGMENT BY DEFAULT BY COURT

Plaintiff having appeared by moving papers and upon the presentation of documentary evidence and good cause appearing therefore,

IT IS HEREBY ORDERED that Judgment is entered in favor of Plaintiff SALLIE MAE SERVICING, L.P. and against Defendant SEAN P. CONNOLLY as follows:

(1) For principal of $28,973.11;

(2) For interest of $2,226.91;

(3) For $1,000.00 in reasonable attorney's fees; and

(4) For $247.95 in costs;

FOR A TOTAL JUDGMENT OF: $32,447.97

Dated: Dec. 19, 2002    [signature]
                        LORETTA NORRIS
                        JUDGE/COMMISSIONER
                        SUPERIOR COURT

CGC-02-411011
02-30095-0
SALLIE MAE SERVICING, L.P. v. SEAN P. CONNOLLY

2

JUDGMENT BY DEFAULT BY COURT

04MBD 1021

PO BOX 6228
INDIANAPOLIS IN 46206

(800) 251-4127

CLERK OF CT SAN FRANCISCO
COUNTY COURT
400 MCALLISTER ST
SAN FRANCISCO          CA   94102

ACCOUNT NUMBER: 0140640556701

**04MBD 1021**

Dear CLERK OF CT SAN FRANCISCO,                                06/02/03

## ASSIGNMENT OF JUDGMENT

I, DIANE E KLINGES, representing the Student Loan
Marketing Association/Loan Servicing Center/Pennsylvania (Sallie Mae) of
220 Lasley Avenue, City of Wilkes-Barre, County of Luzerne, State of
Pennsylvania, in consideration of the sum of $31,200.02, receipt of
which is acknowledged, paid to me by the United States of America, the
assignee, hereby assign the judgment, recovered by Sallie Mae
on 12/19/02, docketed in SAN FRANCI, Case No. CGC-02-411011,
against SEAN P CONNOLLY, 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-1, for
$31,200.02 (amount of judgment, indicating treatment of interest,
court costs, and attorney's fees, if appropriate).

Assign or authorizes the United States of America to ask, demand, and
receive, and to sue out executions and take all lawful ways for recovery
of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the
United States of America from enforcing this judgment.

The Servicing Center/Pennsylvania address is:  P.O. Box 9400,
Wilkes-Barre, PA 18733-9400.  Phone:  (570) 821-3600.

The DHHS address is: Department of Health and Human Services, Debt
Management Branch, 5600 Fishers Lane, Room 2-B-60, Rockville, MD 20857,
(301) 443-1782.

I have executed this assignment at Loan Servicing Center/Pennsylvania
the 2ND of JUNE, 2003.

_____
(Signature)

Sworn before me this __2__ day of __June__, 20_03_

__Diane E Klinges__ Affiant __✓__ is known to me personally
                             ____ provided valid identification
                             Type of identification provided:

My commission expires _____.

**NOTARIAL SEAL**
Amanda J. Picketts
Wilkes Barre, County of Luzerne
My Commission Expires 5/5/07

Sworn and subscribed before me this
__2__ day of __June__ 20_03_

PHONE (800) 251-4127  •  FAX (800) 848-1949  •  TDD/TTY (888) 833-7562  •  24 HRS/7 DAYS

0146455671S6222798

L1011   LPDEK1   4880