UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 04-MC10219- |
| | ) | |
| SEAN P. CONNOLLY, | ) | |
| Defendant. | ) | |

## SATISFACTION OF JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the Judgment as to the defendant, Sean P. Connolly, by payment in full.

>Respectfully submitted,
>
>UNITED STATES OF AMERICA
>By its attorneys
>
>MICHAEL J. SULLIVAN
>United States Attorney

By:   /s/ Christopher R. Donato
>CHRISTOPHER R. DONATO
>Assistant U.S. Attorney
>1 Courthouse Way, Suite 9200
>Boston, MA 02210
>(617) 748-3303

Dated: February 13, 2006

## CERTIFICATE OF SERVICE

Suffolk, s.s.                                                                                                   Boston, MA

I hereby certify that paper copies will be sent to Sean Connolly, a non registered participant on this day, February 13, 2006 at South Boston, MA.

>  /s/ Christopher R. Donato
>CHRISTOPHER R. DONATO
>Assistant U.S. Attorney